JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

KENNETH ANTHONY
GONZALEZ,

               Plaintiff,

        v.

NANCY A. BERRYHILL,
Commissioner of Social Security,

            Defendant.

Case No. 2:16-cv-08847-SK

**JUDGMENT**

      It is the judgment of this Court that the decision of the Administrative Law Judge is AFFIRMED.  Judgment is hereby entered in favor of Defendant.

Date: May 23, 2018

                         _____

                         HON. STEVE KIM
                         U.S. MAGISTRATE JUDGE